IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WAYNE SPIRES,                     ) | |
|                                   ) | |
|             Plaintiff,            ) | |
|                                   ) | Case No. 3:16-CV-00127-NJR:PMF |
| vs.                               ) | |
|                                   ) | |
| THE LANE CONSTRUCTION CORPORATION ) | |
| and AMEC FOSTER WHEELER ENVIRONMENT ) | |
| & INFRASTRUCTURE, INC.,           ) | |
|                                   ) | |
|             Defendants.           ) | |

### NOTICE OF ALL CLAIMS BEING RESOLVED

Pursuant to the Court's request, Plaintiff's counsel has conferred with counsel for the parties, The Lane Construction Corporation, AMEC Foster Wheeler Environment & Infrastructure, MSI Construction Contractors, Inc., and Geotechnical Construction, Inc., and all agree to the following:

1. All parties agree that all claims, counterclaims, and cross-claims have been resolved among and between the parties.

2. The lone stipulation for dismissal and proposed order yet to be entered is between Plaintiff and AMEC Foster Wheeler Environment & Infrastructure.

3. Once the final order of Plaintiff's dismissal as to AMEC Foster Wheeler Environment & Infrastructure is entered, this case can be closed.

**HALVACHS & ABERNATHY, LLC**

BY:   /s/Ronald J. Abernathy, Jr.
      Kenneth L. Halvachs, # 06188276
      Ronald J. Abernathy, Jr., #6295730
      5111West Main Street
      Belleville, IL  62226
      (618)235-0020/ Fax: (618)236-2728
      **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned certifies that on __May 17, 2018__, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record, and will serve a copy of the foregoing document via electronic mail in accordance with Local Rule 5.9 to:

- Christian Novay (Christian.novay@lewisbrisbois.com) (*Counsel for Lane*)
- Matthew Zittle (mzittel@nrw-law.com) (*Attorneys for Amec Foster Wheeler*)
- William J. Knapp (wjk@knappohlgreen.com) (*Counsel for MSI & Geotechnical*)

     /s/Ronald J. Abernathy, Jr.