# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WAYNE SPIRES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 16-CV-127-NJR-RJD |
| | ) |
| THE LANE CONSTRUCTION CORPORATION and AMEC FOSTER WHEELER ENVIRONMENT & INFRASTRUCTURE, INC., | ) |
| | ) |
| Defendants. | ) |
| And | ) |
| | ) |
| THE LANE CONSTRUCTION CORPORATION, | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MSI CONSTRUCTION CONTRACTORS, INC. and GEOTECHNICAL CONSTRUCTION, INC., | ) |
| | ) |
| Third-Party Defendants, | ) |
| And | ) |
| | ) |
| AMEC FOSTER WHEELER ENVIRONMENT & INFRASTRUCTURE, INC., | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MSI CONSTRUCTION CONTRACTORS, INC. and GEOTECHNICAL CONSTRUCTION, INC., | ) |
| | ) |
| Third-Party Defendants. | ) |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Stipulations for Dismissal (Docs. 94 and 105), Plaintiff's claims against The Lane Construction Corporation and AMEC Foster Wheeler Environment and Infrastructure, Inc. were **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the Order of this Court (Doc. 107), all third-party claims filed by Third-Party Plaintiff The Lane Construction Corporation against Third-Party Defendants MSI Construction Contractors, Inc. and Geotechnical Construction, Inc., were **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the Notice filed on May 17, 2018 indicating that the parties agree that all claims, counterclaims, and cross-claims have been resolved among and between the parties, the action is **DISMISSED in its entirety**.

**DATED:  May 17, 2018**

JUSTINE FLANAGAN, Acting Clerk
By: s/ Deana Brinkley
   Deputy Clerk

**APPROVED: s/ Nancy J. Rosenstengel**
**NANCY J. ROSENSTENGEL**
**United States District Judge**